850

*Graney* for the United States. 

No. 1080. FLEMING, TEMPORARY CONTROLS ADMINIS-
TRATOR, *v.* COLLINS ET AL.;
No. 1081. FLEMING, TEMPORARY CONTROLS ADMINIS-
TRATOR, *v.* HIRSCH; and
No. 1082. FLEMING, TEMPORARY CONTROLS ADMINIS-
TRATOR, *v.* MORRISON ET AL. April 7, 1947. Petition for
writs of certiorari to the United States Emergency Court
of Appeals denied. *Acting Solicitor General Washington*
and *Carl A. Auerbach* for petitioner. *Allen P. Dodd, Sr.*
and *Mac Asbill* for respondents in Nos. 1080 and 1082.
*Frederic P. Lee* and *J. Verser Conner* for respondent in
No. 1081. 

No. 1084. WILSON *v.* UNITED STATES. April 7, 1947.
Petition for writ of certiorari to the Circuit Court of Ap-
peals for the Fifth Circuit denied. *G. Ernest Jones* for
petitioner. 

No. 1087. KIRKMYER ET AL. *v.* ARKANSAS FUEL OIL
Co. April 7, 1947. Petition for writ of certiorari to the
Circuit Court of Appeals for the Fourth Circuit denied.
*Guy B. Hazelgrove* for petitioners. *H. C. Walker, Jr.* and
*Robert Roberts, Jr.* for respondent. 

No. 1093. CHANADY *v.* DETROIT SHEET STEEL WORKS.
April 7, 1947. Petition for writ of certiorari to the Cir-
cuit Court of Appeals for the Sixth Circuit denied. *War-
ren E. Miller* for petitioner. *Ernest W. Hotchkiss* for
respondent.